DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BERTHA MAGALLI YOHO,**
Appellant,

v.

**JAMES BILLYS** and **MELISSA BILLYS,**
Appellees.

No. 4D22-1540

[April 13, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Janet C. Croom, Judge; L.T. Case No. 312021CA000629.

Jonathan Mann and Robin Bresky of Schwartz Sladkus Reich Greenberg Atlas LLP, Boca Raton, for appellant.

Eric L. Hostetler and Tiffany Ann Jones of Widerman Malek P.L., Melbourne, for appellees.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., DAMOORGIAN and LEVINE, JJ., concur

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***